No. 10–11188. MOSLEY v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–11189. MOSS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–11190. FRAZIER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–11191. HAMILTON v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–11192. DUGMORE v. LATTIMORE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–11197. SIMMONS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–11198. FELDER v. SEVIER, SUPERINTENDENT, MIAMI CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 10–11199. HENRY v. JACOBS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 10–11200. HARVIN v. HEALTHCARE FUNDING SOLUTIONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–11201. GRICCO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–11203. GRAHAM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–11204. GATES v. WALSH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–11205. FLORES, AKA LOPEZ v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–11206. HOLLEY v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.